UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DISTRICT

---

Carlson Holdings, Inc.; Carlson Companies, Inc.; Carlson Real Estate Company; and/or any subsidiary, affiliated, or interrelated companies that have existed, exist now, or will exist in the future,

Plaintiffs,

vs.

NAFCO Insurance Company, Ltd.; Zurich U.S. Insurance Company, a/k/a Zurich American Insurance Company; Hartford Fire Insurance Company; TIG Insurance Company; Scor Reinsurance Company; Sorema N.A. Reinsurance Co.; Munich Reinsurance Company; Genesis Insurance Company; General Reinsurance Corporation, USA; Swiss Reinsurance America Corporation; Swiss Reinsurance Company; and NAC Reinsurance Corporation,

Defendants.

Civil File No.: 00 CV 2080 RHK/JMM

**ORDER**

---

Based upon the Stipulation of the Parties, it is hereby ORDERED that the deadline for Defendants to answer, move or otherwise respond to Plaintiffs' Complaint is hereby extended to October 2, 2000.

Dated: 9/26, 2000

Honorable John M. Mason
United States Magistrate Judge

FILED SEP 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________