UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DISTRICT

---

Carlson Holdings, Inc.; Carlson Companies, Inc.; Carlson Real Estate Company; and/or any subsidiary, affiliated, or interrelated companies that have existed, exist now, or will exist in the future,

Plaintiffs,

vs.

NAFCO Insurance Company, Ltd.; Zurich U.S. Insurance Company, a/k/a Zurich American Insurance Company; Hartford Fire Insurance Company; TIG Insurance Company; Scor Reinsurance Company; Sorema N.A. Reinsurance Co.; Munich Reinsurance Company; Genesis Insurance Company; General Reinsurance Corporation, USA; Swiss Reinsurance America Corporation; Swiss Reinsurance Company; and NAC Reinsurance Corporation,

Defendants.

Civil File No.: 00 CV 2080 RHK/JMM

**ORDER**

---

Based upon the Stipulation of the Parties, it is hereby ORDERED that the deadline for the Stipulating Defendants to answer, move or otherwise respond to Plaintiffs' Complaint is hereby further extended to October 9, 2000.

Dated: October 2, 2000

Honorable John M. Mason
United States Magistrate Judge

\834916

OCT 0 3 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ________________________________

Richard J. Nygaard, SB #80226
Michael W. Unger SB #131416
333 South Seventh Street
Suite 2000
Minneapolis, Minnesota 55402
(612) 340-8953

DATED: 10 - 2, 2000

*Attorneys for Plaintiffs Carlson Holdings, Inc., Carlson Companies, Inc., and Carlson Real Estate Company*