UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CARLSON HOLDINGS, INC.;
CARLSON COMPANIES, INC.;
CARLSON REAL ESTATE COMPANY;
and/or any subsidiary, affiliated,
or interrelated companies that have
existed, exist now, or will exist in the future,

Civil No. 00-2080 (RHK/JMM)

Plaintiffs,

v.

ORDER

NAFCO INSURANCE COMPANY, LTD,;
ZURICH U.S. INSURANCE COMPANY,
a/k/a Zurich American Insurance Company;
HARTFORD FIRE INSURANCE COMPANY;
TIG INSURANCE COMPANY;
SCOR REINSURANCE COMPANY;
SOREMA N.A. REINSURANCE CO.;
MUNICH REINSURANCE COMPANY;
GENESIS INSURANCE COMPANY;
GENERAL REINSURANCE CORPORATION, USA;
SWISS REINSURANCE AMERICA CORPORATION;
SWISS REINSURANCE COMPANY; and
NAC REINSURANCE CORPORATION,

Defendants.

At the Pretrial Conference herein, the parties agreed that they will engage in a thorough initial informal voluntary exchange of information, in accordance with the spirit and intent of Rule 26(a)(1) of the Federal Rules of Civil Procedure. In early 2001, counsel for the parties will cause another Pretrial Conference to be held with the Court, at which time a Pretrial Scheduling Order will issue.

Dated: October 24, 2000

JOHN M. MASON
United States Magistrate Judge

Filed OCT 24 2000
Francis E. Dosal, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________