# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Carlson Holdings, Inc., Carlson Companies, Inc.
Carlson Real Estate Company and/or any subsidiary

Case No. Civil 00-2080RHK/JMM

v.

JUDGMENT IN A CIVIL CASE

NAFCO Insurance Company, Zurich U.S. Ins. Co., a/k/a
Zurich American Ins., Hartford Fire Ins. Co., TIG Ins. Co.,
Scor Reinsurance Co., Sorema Reinsurance Co., Munich
Reinsurance Co., Genesis Ins. Co., General Reinsurance Corp., USA,
Swiss Reinsurance American Corp., Swiss Reinsurance Co., and
NAC Reinsurance Corp.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that NAC, Scor, Sorema and Munich's motion to dismiss is **GRANTED**; Swiss and Swiss America's motion to dismiss is **GRANTED**; TIG's motion to dismiss is **GRANTED**; and the court will **DISMISS**, sua sponte, defendants General, Genesis, Hartford and Zurich; and General and Genesis' motion for summary judgment is **DENIED AS MOOT**; Carlson's claims against NAC, SCOR, Sorema, Munich, Swiss, Swiss America, TIG, General, Genesis, Hartford and Zurich are **DISMISSED WITHOUT PREJUDICE**.

DATE: January 8, 2001

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk