UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CARLSON HOLDINGS, INC.;
CARLSON COMPANIES, INC.;
CARLSON REAL ESTATE COMPANY;
and/or any subsidiary, affiliated,
or interrelated companies that have
existed, exist now, or will exist in the future,

CIVIL NO. 00-2080 (RHK/JMM)

Plaintiffs,

v.

ORDER

NAFCO INSURANCE COMPANY, LTD.,

Defendant.

The above matter came on before the undersigned upon Plaintiffs' Motion to Amend the Complaint [Docket No. 59]. Oral argument was waived by the Parties.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiffs' Motion to Amend the Complaint [Docket No. 59] is denied based upon the Order of the District Court dated January 8, 2001.

Dated: January 10, 2001

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

In a telephone conference with the Court on January 9, 2001, the Parties waived oral argument on Plaintiffs' Motion to Amend. We conclude that the determination

JAN 10 2001

of that Motion is governed by the holding of the District Court in its Order dated January 8, 2001. In light of this procedural development, and at the request of the Parties, the Pretrial Conference was continued to a date in early February, 2001. The Parties will advise the Calendar Clerk of this Court as to a date agreed upon.

J.M.M.