**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Carlson Holdings, Inc.,
Carlson Companies, Inc.,
Carlson Real Estate Company,
and/or any subsidiary,

Plaintiffs,

Civil No. 00-2080 RHK/JMM

v.

**ORDER**

NAFCO Insurance Company, Ltd., and
TIG Insurance Company,

Defendants.

---

Richard J. Nygaard, Michael R. Docherty, Michael W. Unger, Patrick Robben, and Caroline E. Ostrom, Rider Bennett Egan & Arundel, Minneapolis, Minnesota, for Plaintiffs.

Lawrence Zelle, John B. Massopust, and Daniel J. Millea, Zelle Hofmann Voelbel & Gette, Minneapolis, Minnesota, for Defendant NAFCO Insurance Co., Ltd.

Thomas P. Kane and Bethany K. Culp, Hinshaw & Culbertson, Minneapolis, Minnesota, and Paula P. Skalaban and Walter J. Andrews, Shaw Pittman, McLean, Virginia, for Defendant TIG Insurance Co.

---

Before the Court is TIG Insurance Company's ("TIG") Motion to Dismiss or Stay Defendant NAFCO Insurance Company's ("NAFCO") Cross-Claim. On January 8, 2000, this Court issued a Memorandum Opinion and Order dismissing the Plaintiff's Complaint against TIG. NAFCO requests that this Court permit its cross-claim against TIG to proceed by either (1) converting NAFCO's cross-claim to a third party complaint, or (2)



FILED JAN 12 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

treating the cross-claim as an entirely separate matter with consolidated pretrial discovery. (NAFCO's Mem. in Opp'n to TIG's Mot. to Dismiss at 5.) Neither proposal has merit. Accordingly, the Court will dismiss NAFCO's cross-claim.

Based upon the Court's January 8, 2000 Memorandum Opinion and Order, **IT IS ORDERED** that

(1) TIG Insurance Company's Motion to Dismiss or Stay Defendant NAFCO Insurance Company's Cross-Claim (Doc. No. 54) is **GRANTED**; and

(2) NAFCO Insurance Company's Cross-Claim against TIG Insurance Company (Doc. No. 42) is **DISMISSED WITHOUT PREJUDICE**.

Dated: January 12, 2001.

RICHARD H. KYLE
United States District Judge