UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Carlson Holdings, Inc.; Carlson Companies, Inc.; Carlson Real Estate Company; and/or any subsidiary, affiliated, or interrelated companies that have existed, exist now, or will exist in the future,

Plaintiffs,

NAFCO Insurance Company, Ltd.,

Defendant.

Case No. 00 CV 2080 RHK/JMM

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that the above-captioned action may be and hereby is dismissed without prejudice and without further costs to any of the parties.

IT IS FURTHER STIPULATED AND AGREED that any of the parties, without notice to the others, may cause judgment of dismissal without prejudice to be entered herein.

DATED: 5/1 2002

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By [signature]
Michael W. Unger (131416)
Richard J. Nygaard (80226)
Attorneys for Plaintiff
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7951

MAY 06 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: May 1, 2002

ZELLE, HOFMANN, VOEBEL & GETTE, LLP

By Patricia St. Peter
Patricia St. Peter
Attorneys for Defendant
33 South Sixth Street
Suite 4400
Minneapolis, MN 55402
(612) 339-2020

**ORDER**

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed without prejudice and without cost to any party and judgment shall be entered accordingly.

Dated: 5/6/02. 2002

BY THE COURT:

By
The Honorable Richard H. Kyle
Judge of District Court